BEGUM S NASSA
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
5864 43RD AVE
WOODSIDE, NY 11377

Fed Filing Status      M/5
State Filing Status    M/5
Fed Taxable Income     0.00
Net Pay                1,847.00

Check Date:         03/12/2017
Period Beginning:   02/26/2017
Period Ending:      03/11/2017
Voucher Number      12

Vac. Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00
Sick Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00

| Earnings | Qty./Rate | Amount | YTD Amt | Taxes/Deds | Taxable | Amount | YTD Amt |
|---|---|---|---|---|---|---|---|
| Regular. | 80.0000/25.0000 | 2000.00 | 10000.00 | Social Security | 2000.00 | 124.00 | 620.00 |
| | | | | Medicare | 2000.00 | 29.00 | 145.00 |
| Total Gross Pay | 80.0000 hours | 2000.00 | 10000.00 | Total Withholding | | 153.00 | 765.00 |

SPICE BERRY INC, 1021 6TH AVENUE, NEW YORK, NY 10018 (646) 852-6113

---

BEGUM S NASSA
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
5864 43RD AVE
WOODSIDE, NY 11377

Fed Filing Status      M/5
State Filing Status    M/5
Fed Taxable Income     0.00
Net Pay                1,847.00

Check Date:         03/26/2017
Period Beginning:   03/12/2017
Period Ending:      03/25/2017
Voucher Number      13

Vac. Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00
Sick Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00

| Earnings | Qty./Rate | Amount | YTD Amt | Taxes/Deds | Taxable | Amount | YTD Amt |
|---|---|---|---|---|---|---|---|
| Regular. | 80.0000/25.0000 | 2000.00 | 12000.00 | Social Security | 2000.00 | 124.00 | 744.00 |
| | | | | Medicare | 2000.00 | 29.00 | 174.00 |
| Total Gross Pay | 80.0000 hours | 2000.00 | 12000.00 | Total Withholding | | 153.00 | 918.00 |

---

BEGUM S NASSA
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
5864 43RD AVE
WOODSIDE, NY 11377

Fed Filing Status      M/5
State Filing Status    M/5
Fed Taxable Income     0.00
Net Pay                1,847.00

Check Date:         04/09/2017
Period Beginning:   03/26/2017
Period Ending:      04/08/2017
Voucher Number      25

Vac. Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00
Sick Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00

| Earnings | Qty./Rate | Amount | YTD Amt | Taxes/Deds | Taxable | Amount | YTD Amt |
|---|---|---|---|---|---|---|---|
| Regular. | 80.0000/25.0000 | 2000.00 | 14000.00 | Social Security | 2000.00 | 124.00 | 868.00 |
| | | | | Medicare | 2000.00 | 29.00 | 203.00 |
| Total Gross Pay | 80.0000 hours | 2000.00 | 14000.00 | Total Withholding | | 153.00 | 1071.00 |

SPICE BERRY INC, 1021 6TH AVENUE, NEW YORK, NY 10018 (646) 852-6113

BEGUM S NASSA
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
5864 43RD AVE
WOODSIDE, NY 11377

Fed Filing Status: M/5
State Filing Status: M/5
Fed Taxable Income: 0.00
Net Pay: 1,847.00

Check Date: 04/23/2017
Period Beginning: 04/09/2017
Period Ending: 04/22/2017
Voucher Number: 28

Vac. Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00
Sick Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00

| Earnings | Qty./Rate | Amount | YTD Amt | Taxes/Deds | Taxable | Amount | YTD Amt |
|---|---|---|---|---|---|---|---|
| Regular. | 80.0000/25.0000 | 2000.00 | 16000.00 | Social Security | 2000.00 | 124.00 | 992.00 |
| Total Gross Pay | 80.0000 hours | 2000.00 | 16000.00 | Medicare | 2000.00 | 29.00 | 232.00 |
| | | | | Total Withholding | | 153.00 | 1224.00 |

SPICE BERRY INC, 1021 6TH AVENUE, NEW YORK, NY 10018 (646) 852-6113

---

BEGUM S NASSA
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
5864 43RD AVE
WOODSIDE, NY 11377

Fed Filing Status: M/5
State Filing Status: M/5
Fed Taxable Income: 0.00
Net Pay: 1,847.00

Check Date: 05/07/2017
Period Beginning: 04/23/2017
Period Ending: 05/06/2017
Voucher Number: 32

Vac. Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00
Sick Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00

| Earnings | Qty./Rate | Amount | YTD Amt | Taxes/Deds | Taxable | Amount | YTD Amt |
|---|---|---|---|---|---|---|---|
| Regular. | 80.0000/25.0000 | 2000.00 | 18000.00 | Social Security | 2000.00 | 124.00 | 1116.00 |
| Total Gross Pay | 80.0000 hours | 2000.00 | 18000.00 | Medicare | 2000.00 | 29.00 | 261.00 |
| | | | | Total Withholding | | 153.00 | 1377.00 |

SPICE BERRY INC, 1021 6TH AVENUE, NEW YORK, NY 10018 (646) 852-6113

05/21/2017

BEGUM S NASSA **1,847.00

One thousand eight hundred forty-seven and 00/100*********************************************************************

BEGUM S NASSA
5864 43RD AVE

WOODSIDE, NY 11377

Pay Period: 05/07/2017 - 05/20/2017

| BEGUM S NASSA | | | | Fed Filing Status | M/5 | Check Date: | 05/21/2017 | |
| 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 | | | | State Filing Status | M/5 | Period Beginning: | 05/07/2017 | |
| 5864 43RD AVE | | | | Fed Taxable Income | 0.00 | Period Ending: | 05/20/2017 | |
| WOODSIDE, NY 11377 | | | | Net Pay | 1,847.00 | Voucher Number | 35 | |
| Vac. Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00 | | | | Sick Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00 | | | | |
| Earnings | Qty./Rate | Amount | YTD Amt | Taxes/Deds | Taxable | Amount | | YTD Amt |
| Regular. | 80.0000/25.0000 | 2000.00 | 20000.00 | Social Security | 2000.00 | 124.00 | | 1240.00 |
| Total Gross Pay | 80.0000 hours | 2000.00 | 20000.00 | Medicare | 2000.00 | 29.00 | | 290.00 |
| | | | | Total Withholding | | 153.00 | | 1530.00 |

SPICE BERRY INC, 1021 6TH AVENUE, NEW YORK, NY 10018 (646) 852-6113

| BEGUM S NASSA | | | | Fed Filing Status | M/5 | Check Date: | 05/21/2017 | |
| 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 | | | | State Filing Status | M/5 | Period Beginning: | 05/07/2017 | |
| 5864 43RD AVE | | | | Fed Taxable Income | 0.00 | Period Ending: | 05/20/2017 | |
| WOODSIDE, NY 11377 | | | | Net Pay | 1,847.00 | Voucher Number | 35 | |
| Vac. Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00 | | | | Sick Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00 | | | | |
| Earnings | Qty./Rate | Amount | YTD Amt | Taxes/Deds | Taxable | Amount | | YTD Amt |
| Regular. | 80.0000/25.0000 | 2000.00 | 20000.00 | Social Security | 2000.00 | 124.00 | | 1240.00 |
| Total Gross Pay | 80.0000 hours | 2000.00 | 20000.00 | Medicare | 2000.00 | 29.00 | | 290.00 |
| | | | | Total Withholding | | 153.00 | | 1530.00 |

SPICE BERRY INC, 1021 6TH AVENUE, NEW YORK, NY 10018 (646) 852-6113

06/04/2017

BEGUM S NASSA       **1,847.00

One thousand eight hundred forty-seven and 00/100*************************************************************************

BEGUM S NASSA
5864 43RD AVE

WOODSIDE, NY 11377

Pay Period: 05/21/2017 - 06/03/2017

| BEGUM S NASSA 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 5864 43RD AVE WOODSIDE, NY 11377 | | | | Fed Filing Status State Filing Status Fed Taxable Income Net Pay | M/5 M/5 0.00 1,847.00 | Check Date: Period Beginning: Period Ending: Voucher Number | 06/04/2017 05/21/2017 06/03/2017 36 |
|---|---|---|---|---|---|---|---|
| Vac. Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00 | | | | Sick Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00 | | | |
| Earnings | Qty./Rate | Amount | YTD Amt | Taxes/Deds | Taxable | Amount | YTD Amt |
| Regular. | 80.0000/25.0000 | 2000.00 | 22000.00 | Social Security | 2000.00 | 124.00 | 1364.00 |
| Total Gross Pay | 80.0000 hours | 2000.00 | 22000.00 | Medicare | 2000.00 | 29.00 | 319.00 |
| | | | | Total Withholding | | 153.00 | 1683.00 |

SPICE BERRY INC, 1021 6TH AVENUE, NEW YORK, NY 10018 (646) 852-6113

| BEGUM S NASSA 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 5864 43RD AVE WOODSIDE, NY 11377 | | | | Fed Filing Status State Filing Status Fed Taxable Income Net Pay | M/5 M/5 0.00 1,847.00 | Check Date: Period Beginning: Period Ending: Voucher Number | 06/04/2017 05/21/2017 06/03/2017 36 |
|---|---|---|---|---|---|---|---|
| Vac. Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00 | | | | Sick Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00 | | | |
| Earnings | Qty./Rate | Amount | YTD Amt | Taxes/Deds | Taxable | Amount | YTD Amt |
| Regular. | 80.0000/25.0000 | 2000.00 | 22000.00 | Social Security | 2000.00 | 124.00 | 1364.00 |
| Total Gross Pay | 80.0000 hours | 2000.00 | 22000.00 | Medicare | 2000.00 | 29.00 | 319.00 |
| | | | | Total Withholding | | 153.00 | 1683.00 |

SPICE BERRY INC, 1021 6TH AVENUE, NEW YORK, NY 10018 (646) 852-6113