**AMY BERKOWITZ-ORTIZ**
Attorney at Law
1225 Franklin Avenue
Suite 325
Garden City, NY 11530

---

Phone: 516-791-1177                                                                 Fax: 516-750-9003

Clerk, U.S. Bankruptcy Court
271-C Cadman Plaza East
Brooklyn, NY 11201

**NOTICE OF CHANGE OF ADDRESS OF DEBTOR**

Re: Begum Nassa
Case No. 17-43078-nhl

Dear Sirs,

    Please be advised that the above referenced Debtor has changed her address from 58-64 43rd Avenue, 1st Floor, Woodside, NY 11377 to **84-08 129th Street, Kew Gardens, NY 11415.**

    If you have any questions, do not hesitate to contact me.

Very truly yours,

Amy Berkowitz-Ortiz
