0022-47-EPIP47-00063690-81719

United States Bankruptcy Court
Eastern District of New York
———————————————————X

IN RE:

BEGUM S NASSA
58-64 43RD AVENUE
1ST FLR
WOODSIDE, NY 11377

tmdr3574

Chapter 13 Case No: 117-43078-NHL

DEBTOR(s),
———————————————————X

CERTIFICATION OF PAYMENTS
TO CHAPTER 13 TRUSTEE

Marianne DeRosa, Chapter 13 Trustee, states that upon information and belief, the Debtor(s) tendered all trustee payments under the terms of the Chapter 13 plan.

A Final Report and Account will be filed with the Clerk of the Court when all disbursements to creditors have cleared her bank account and, therefore, requests the court keep the case open pending receipt of the Final Report and Account.

Dated: Jericho, New York
       Mar 29, 2019

/s/Marianne De Rosa
———————————————————
Marianne De Rosa
Chapter 13 Trustee