# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: cteutonic | Date Created: 4/10/2019 |
| Case: 1−17−43078−nhl | Form ID: 3180W | Total: 26 |

**Recipients of Notice of Electronic Filing:**
tr        Marianne DeRosa        Derosa@ch13mdr.com
aty      Amy Berkowitz−Ortiz      aboesq1@gmail.com

                                                              TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Begum S. Nassa        84−08 129th Street        Kew Gardens, NY 11415
smg     Office of the United States Trustee        Eastern District of NY (Brooklyn Office)        U.S. Federal Office Building        201 Varick Street, Suite 1006        New York, NY 10014
9442503     Amy Berkowitz−Ortiz, Esq.        1225 Franklin Avenue        Suite 325        Garden City, NY 11530
9042486     Astoria/Omaha        PO Box 3412        Omaha, NE 68197
9042487     Capital One Bank        PO Box 71083        Charlotte, NC 28272
9042488     DSNB Macys        PO Box 8218        Mason, OH 45050
9124771     Department Stores National Bank        c/o Quantum3 Group LLC        PO Box 657        Kirkland, WA 98083−0657
9049468     First National Bank of Omaha        1620 Dodge Street, Stop code 3105        Omaha, NE 68197
9042479     Internal Revenue Service        10 Metrotech Center        625 Fulton Street        Brooklyn, NY 11201
9042485     Internal Revenue Service        10 Metrotech Center        625 Fulton Street        Brooklyn, NY 11201
9118122     Midland Funding, LLC        Midland Credit Management, Inc.        as agent for Midland Funding, LLC        PO BOX 2011        Warren, MI 48090
9042480     NYS Dept of Taxation and Finance        Bankruptcy Unit        PO Box 5300        Albany, NY 12205
9042481     NYS Dept of Taxation and Finance        Bankruptcy Unit        PO Box 5300        Albany, NY 12205
9077639     New York City Water Board        Andrew Rettig        Assistant Counsel        59−17 Junction Boulevard        Elmhurst, NY 11373−5108
9042489     OLD NAVY        PO BOX 530942        Atlanta, GA 30353
9116822     Portfolio Recovery Associates, LLC        c/o Capital One Bank, N.a.        POB 41067        Norfolk VA 23541
9042484     State of New York        Office of the Attorney General        120 Broadway        New York, NY 10271
9042490     TD Auto Finance        PO Box 16035        Lewiston, ME 04243
9042483     U.S. Dept. of Justice, Tax Division        Box 55        Ben Franklin Station        Washington, DC 20044
9042491     US Bank National Assoc./Wells Fargo        c/o Gross Polowy LLC        1775 Wehrle Drive        Ste. 100        Buffalo, NY 14221
9042482     United States Attorney        Attn Chief of Bankruptcy Litigation        One Pierrepont Plaza        14th Floor        Brooklyn, NY 11201
9074910     Wells Fargo Bank, N.A.        Default Document Processing        MAC# N9286−01Y        1000 Blue Gentian Road        Eagan, MN 55121
9047088     Wells Fargo Bank, N.A.        Gross Polowy, LLC        1775 Wehrle Drive, Suite 100        Williamsville, NY 14221
9042492     Wells Fargo Home Mortgage        PO Box 14591        Des Moines, IA 50306

                                                              TOTAL: 24