United States Bankruptcy Court
Eastern District of New York
──────────────────────────────X

IN RE:

    BEGUM S NASSA
    84-08 129th STREET
    KEW GARDENS, NY 11415

tmdr3574

Chapter 13 Case No: 117-43078-NHL

               DEBTOR(s),
──────────────────────────────X

CERTIFICATION OF PAYMENTS
TO CHAPTER 13 TRUSTEE

    Marianne DeRosa, Chapter 13 Trustee, states that upon information and belief, the Debtor(s) tendered all trustee payments under the terms of the Chapter 13 plan.

    A Final Report and Account will be filed with the Clerk of the Court when all disbursements to creditors have cleared her bank account and, therefore, requests the court keep the case open pending receipt of the Final Report and Account.

Dated: Jericho, New York
        Apr 30, 2019

/s/Marianne De Rosa
─────────────────────────
Marianne De Rosa
Chapter 13 Trustee