| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Begum S. Nassa** | Social Security number or ITIN **xxx−xx−9140** |
| | First Name  Middle Name  Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of New York** | | |
| Case number:  **1−17−43078−nhl** | | |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

- The Deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

- Marianne DeRosa (Trustee) is discharged as trustee of the estate of the above−named debtor(s).
- The Chapter 13 case of the above−named debtor(s) is closed.

s/ Nancy Hershey Lord
United States Bankruptcy Judge

Dated: June 14, 2019

**BLfnld13** [Final Decree 12/13 rev 12/01/15]