# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: cteutonic | Date Created: 6/14/2019 |
| Case: 1−17−43078−nhl | Form ID: 206 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
tr      Marianne DeRosa      Derosa@ch13mdr.com
aty     Amy Berkowitz−Ortiz     aboesq1@gmail.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Begum S. Nassa      84−08 129th Street      Kew Gardens, NY 11415
smg     Office of the United States Trustee     Eastern District of NY (Brooklyn Office)     U.S. Federal Office Building     201 Varick Street, Suite 1006     New York, NY 10014

TOTAL: 2